1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 416
   San Jose, California  95113-2404
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   JOSE GUADALUPE MEIJA

6

7

8  **IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9  SAN JOSE DIVISION**

| | |
|---|---|
| JOSE GUADALUPE MEIJA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MARAUDER CORPORATION, D/B/A NATIONWIDE CAPITAL RECOVERY, D/B/A THE OFFICES OF COLLECTION PROFESSIONAL SERVICES, a California corporation, and RYON ALAN GAMBILL, individually and in his official capacity,<br><br>　　　　　Defendants. | Case No.  C06-00520-HRL<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL INITIAL DISCLOSURES**<br><br>[Fed. R. Civ. P. 26(a)(1)]<br><br>Date:　　　　October 24, 2006<br>Time:　　　　10:00 a.m.<br>Judge:　　　 Honorable Howard R. Lloyd<br>Courtroom:　2, 5th Floor<br>Place:　　　 280 South First Street<br>　　　　　　 San Jose, California |

19  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

20  PLEASE TAKE NOTICE that on October 24, 2006, at 10:00 a.m. or as soon thereafter as

21  counsel may be heard before the Honorable Howard R. Lloyd, Magistrate Judge of the United States

22  District Court located at 280 South First Street, San Jose, California, Plaintiff, JOSE GUADALUPE

23  MEIJA ("MEIJA"), will move the Court for an order compelling Defendants, MARAUDER

24  CORPORATION and RYON ALAN GAMBILL (hereinafter collectively referred to as

25  "MARAUDER"), to provide the Initial Disclosures required by Fed. R. Civ. P. 26(a)(1).

26  This motion is made pursuant to Fed. R. Civ. P. 26(a)(1), 37(a)(2)(A), 37(b)(2) on the

27  grounds that MARAUDER has failed and refused to provide MEIJA the Initial Disclosures required

28  by Fed. R. Civ. P. 26(a)(1) and two orders from this Court.  MARAUDER's failure and refusal is

1  willful and without substantial justification.

2      This motion is based on this Notice of Motion and Motion to Compel Initial Disclosures, the
3  Declaration of Fred W. Schwinn in Support of Motion to Compel Initial Disclosures, the
4  Memorandum of Points and Authorities in Support of Motion to Compel Initial Disclosures filed
5  herewith, and such other evidence, argument, and authorities which may be presented at or prior to
6  the hearing before this Court on this Motion, and such other and further matters of which this Court
7  may take judicial notice.

8      Please govern yourself accordingly.

9                                            CONSUMER LAW CENTER, INC.

11  Dated: September 15, 2006             By: /s/ Fred W. Schwinn
12                                              Fred W. Schwinn, Esq.
                                              Attorney for Plaintiff
                                              JOSE GUADALUPE MEIJA