**\*E-FILED ON 10/23/06\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE GUADALUPE MEJIA, | No. C06-00520 HRL |
| Plaintiff, | |
| v. | **ORDER DENYING DEFENDANTS' REQUEST FOR A CONTINUANCE** |
| MARAUDER CORPORATION dba NATIONWIDE CAPITAL RECOVERY dba THE OFFICES OF COLLECTION PROFESSIONAL SERVICES and RYON ALAN GAMBILL, | [Re:   Docket No. 28] |
| Defendants. | |

On October 23, 2006, defendants moved for a continuance of the October 24, 2006 hearing on plaintiff's motion to compel and motion for sanctions. Defense counsel says that he is unable to appear before this court because he currently is still in a trial in Alameda County Superior Court and expects the trial to run through the end of this week. Although it is not clear from his submission, defense counsel presumably knew about this other trial before this afternoon when he first filed his request for a continuance in the instant action. Moreover, the October 24, 2006 motion hearing in the instant action was noticed over a month ago. Accordingly, defendants' request for a continuance is DENIED. However, defense counsel will be permitted to appear telephonically, assuming he can make the necessary arrangements to do

1  so.

2      IT IS SO ORDERED.

3  Dated:  October 23, 2006



                                 HOWARD R. LLOYD
                                 UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1  **5:06-cv-520 Notice will be electronically mailed to:**

2  Eric F. Hartman jhart75442@aol.com,

3  Frederick William Schwinn cand_cmecf@sjconsumerlaw.com,

4  fred.schwinn@sjconsumerlaw.com; fschwinn@gmail.com

5  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**