*The Offices Of*
# Collection Professional Services
*36101 Bob Hope Drive, Suite E5-302 • Rancho Mirage, CA 92270*
Telephone 800-460-0082 • Fax 760-343-5155

January 27, 2005

Mejia Jose G
Apt 223
124 Rancho Dr
San Jose CA 95111-3425

| | |
|---|---|
| Check Amount: | $191.47 |
| Fees: | |
| Interest: | $5.79 |
| Collection Costs: | |
| **Total Owing:** | **$197.26** |

RE:   Payee:        QC FINANCIAL
       Case Number:   5091989

The above-referenced check has not been accepted for payment by the authorized institution. We have taken assignment of the debt from the victim for collection of the balance in full. Our agency will enforce the original creditor's rights to the **fullest extent of the law!**

You are cautioned that unless you pay the outstanding balance as set out above within thirty-five (35) days, you may very well have to pay the following additional amounts:

(1) Costs of collecting the amount of the check, including reasonable attorney's fees; and

(2) Interest accruing at the maximum legally permissible rate from the date of dishonor; and

(3) Such further damages as the court may award or such other amounts as legally permitted.

Please contact this office by phone so that arrangements may be made and any further action may be stopped. If you believe you have paid for this check already or someone has made a mistake, please call us so we can get the problem resolved. (Verification of payment will be required.)

We accept the following payment methods: Certified check or money order delivered to the above-listed address or Western Union Quick Collect. When paying by Western Union Quick Collect you'll need the provide the following information on the form: Pay To: **CES**, Code City: **ENFORCE**, State: **CA**. Without this information, Western Union cannot properly route your payment and your account may not be properly credited. Contact us for a location near you.

If you cannot afford to pay the check presently, then contact us by telephone at 800-460-0082. Our representatives are specially trained to deal with check writers in financial crisis.

Sincerely,

*MARIA PEREZ X108*
Bad Check Division

**This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.**

PLEASE SEE REVERSE SIDE FOR NOTICES MANDATED BY LAW          MARA100151126792491

*** Please detach below and return in the enclosed envelope with your payment ***

36101 Bob Hope Drive, #E5-302
Rancho Mirage CA  92270
FORWARDING SERVICE REQUESTED

Payee: QC FINANCIAL
Case #:  5091989
Total Owing: $197.26

January 27, 2005


EXHIBIT
1

5091989-1   000545
Mejia Jose G
Apt 223
124 Rancho Dr
San Jose CA  95111-3425

Collection Professional Services
36101 Bob Hope Drive, #E5-302
Rancho Mirage CA  92270-2001

## FEDERAL AND STATE DEBT COLLECTION LAWS AND/OR THE FAIR CREDIT
## REPORTING ACT REQUIRE THE FOLLOWING DISCLOSURES

**Required by the Fair Debt Collection Practices Act**: Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor. Your failure to dispute the validity of a debt may not be constructed by any court as an admission of liability.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

### COLORADO:
**For information about the Colorado Fair Debt Collection Practices Act, see**
**www.ago.state.co.us/cab.htm**.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

35101 Bob Hope Drive, #E5-302
Rancho Mirage CA 92270
FORWARDING SERVICE REQUESTED

5091989-1  000545
Mejia Jose G
Apt 223
124 Rancho Dr
San Jose CA  95111-3425

JGEODTM3  95111

RESORTE
RST CLASS

MAILED FROM ZIP CODE
JAN 28 '05
48126  3000
P.B.MEIER
6056056

U.S.POSTAGE
0 2 9 2