1 | ERIC F. HARTMAN, ESQ. (SB # 083571)
**LAW OFFICE OF ERIC F. HARTMAN**
2 | 300 S. FIRST STREET, #210
SAN JOSE, CA. 95113
3 | (408) 297-7254 / Fax (408) 297-0608

4 | Attorney for Defendants, Marauder Corporation dba Nationwide Capital Recovery, dba The Offices of Collection Professional Services, and Ryan Alan Gambill individually

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JOSE GUADALUPE MEJIA, | CASE NO. C06-00520 JF |
| Plaintiff, | |
| vs. | **RESPONSE TO FIRST REQUEST FOR ADMISSIONS** |
| MARAUDER CORPORATION dba NATIONWIDE CAPITAL RECOVERY, dba THE OFFICES OF COLLECTION PROFESSIONAL SERVICES and RYAN ALAN GAMBILL individually and in his official capacity, | |
| Defendants. | |

Propounding Party : Plaintiff, Jose Guadalupe Mejia

Responding Party : Defendant Marauder Corporation

Set Number : One

**RESPONSE**

1. Admit

2. Admit

EXHIBIT 3

-1-

| | | |
|---|---|---|
| 1 | 3. | Admit |
| 2 | 4. | Admit |
| 3 | 5. | Admit |
| 4 | 6. | Admit |
| 5 | 7. | Admit |
| 6 | 8. | Admit |
| 7 | 9. | Deny |
| 8 | 10. | Admit |
| 9 | 11. | Admit |
| 10 | 12. | Deny |
| 11 | 13. | Deny |
| 12 | 14. | Deny |
| 13 | 15. | Deny |
| 14 | 16. | Lack of sufficient information to admit or deny |
| 15 | 17. | Deny |
| 16 | 18. | Admit |
| 17 | 19. | Admit |
| 18 | 20. | Lack of sufficient information to admit or deny |
| 19 | 21. | Lack of sufficient information to admit or deny |
| 20 | 22. | Admit |
| 21 | 23. | Deny |
| 22 | 24. | Admit |
| 23 | 25. | Admit |
| 24 | 26. | Deny |
| 25 | 27. | Deny |
| 26 | 28. | Lack of sufficient information to admit or deny |
| 27 | | |
| 28 | | |

1  29.  Lack of sufficient information to admit or deny
2  30.  Deny
3  31.  Deny
4  32.  Deny
5  33.  Deny
6  34.  Deny
7  35.  Deny
8  36.  Deny
9  37.  Deny

Dated: <u>September 21, 2006</u>     By: _____
　　　　　　　　　　　　　　　　　　　　　Eric F. Hartman
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

# PROOF OF SERVICE

State of California, County of Santa Clara

I, __Johanna R. Hartman__, am a resident of an/or employed in the aforesaid county, State of California :

I am over the age of 18 years and not a party to the within action. My business address is 300 S. First Street, #210, San Jose, Ca. 95113. On **September 22, 2006**, I served the foregoing :

**Response to Request for Admissions Set One**
**Re:   Mejia v. Marauder Corporation, Gambill, et al**
**Case No.   C06-00520**

to the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows :

**Consumer Law Center Inc.**
**12 S. First Street, #416**
**San Jose, Ca. 95113**
**Attn: Fred W. Schwinn, Esq.**

_____     (**By Telecopies**) I caused such document to be telecopied to the telephone number shown herein for the addressee attached hereto, and I telephoned the offices of the said addressee and confirmed that the document was received.  **(408) 294-6190**

\_\_\_X\_\_\_     (**By e- Mail**) I caused such envelope with e-mail..

_____     (**By Personal Service**) I caused such envelope to be delivered by hand to the offices of the addressee.

\_\_\_X\_\_\_     (**Federal**) I certify (or declare) under penalty of perjury under the Federal Laws of that the foregoing is true and correct.

Executed on **September 22, 2006**.

_____
Johanna R. Hartman