California Home



Thursday, January 25, 2007

○ My CA  ● Corp's Website

[ search ]

**ALERTS**
▶ Consumer
▶ Investor

**DEPARTMENT OF CORPORATIONS**
CALIFORNIA'S INVESTMENT & FINANCING AUTHORITY - ESTABLISHED 1913

## Financial Services Division Licensee Address Listing

Corporations Home

About the Department

Historical Background

Press Room

Executive Office

Office of Public Affairs

Office of Management & Budget

Office of Law & Legislation

Securities Regulation Division

Enforcement Division

Contact Us!

Financial Services Division

About the Division

Complaints

Contact Us

Escrow Agents:
Employee Disciplinary Actions

FAQ's

Page: 1 |

Your search for ( 1001124 ) found the following ( 1 ) results:

Page: 1 |

| Lic. Status: | Active License | Lic. Date: | Dec 31 2004 |
|---|---|---|---|
| Lic. Number: | 1001124 | Lic. Type: | Deferred Deposit Originator |
| Name: | CALIFORNIA BUDGET FINANCE (QC FINANCIAL SERVICES OF CALIFORNIA, INC., DBA) | | |
| Address: | 611 BLOSSOM HILL RD SAN JOSE, CA 95123 | | |

Page: 1 |

If you are not happy with your results, please enter a license number or the name of the company you are looking for in the correct space below. The "No Longer Licensed" date is the date a record was removed from our active license listing. Any Order issued against a company will not be shown on this listing. Please call our Consumer Services Office by calling 1-(866) 275-2677 for the actual date of surrender or revocation and any additional information regarding enforcement action against a licensee.

PLEASE NOTE: The Department of Corporations, the Department of Real Estate, the Office of Real Estate Appraisers, and the Department of Financial Institutions regulate most of the real estate financial services in California. To check the license records of all four departments at once, click here or visit California Real Estate and Financial Services License Information.

## Online Escrow

The following companies are licensed to provide online escrow services:

www.escrow.com

**EXHIBIT 5**

**Finance and Lending Education**

**Applications & Forms**

**Licensee Listing**

**Notice to Potential Claimants of The Escrow Source**

**Other Useful Links**

**Publications**

Contact the Webmaster if you have questions or comments concerning this site or call 1-866-ASK-CORP (1-866-275-2677).

If you are checking on any company other than the ones listed above, you should click here for Consumer Alerts and Online Escrow Fraud information. Many alleged online escrow companies are falsley using names similar to our licensees in an effort to deceive consumers into believing they are licensed and regulated by the State of California.

◉ Company contains  ○ Company begins with
◉ Active  ○ Inactive  ○ Both

Company Name:
License Number:
License Type:
City:
State:
Zip:


Search

• Securities • Franchises • Off-Exchange Commodities • Investment and Financial Services •
• Independent Escrows • Consumer and Commercial Finance Lending • Residential Mortgage Lending •

Documents labeled "(pdf)" require Adobe Acrobat Reader. A current version of Acrobat is available from Adobe's web site

Back to Top of Page

© 2006 State of California. Conditions of Use  Privacy Policy  Disclaimer  Customer Survey