Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 416
San Jose, California  95113-2404
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

**\*ORDER E-FILED:  5/3/2007\***

Attorney for Plaintiff
JOSE GUADALUPE MEJIA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| JOSE GUADALUPE MEJIA,<br><br>Plaintiff,<br><br>v.<br><br>MARAUDER CORPORATION, D/B/A NATIONWIDE CAPITAL RECOVERY, D/B/A THE OFFICES OF COLLECTION PROFESSIONAL SERVICES, a California corporation, and RYON ALAN GAMBILL, individually and in his official capacity,<br><br>Defendants. | Case No.  C06-00520-HRL<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, JOSE GUADALUPE MEJIA, and Defendants, MARAUDER CORPORATION and RYON ALAN GAMBILL, stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, JOSE GUADALUPE MEJIA, against Defendants, MARAUDER CORPORATION and RYON ALAN GAMBILL, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

-2-

| | | |
|---|---|---|
| 1 | Dated: May 2, 2007 | /s/ Fred W. Schwinn |
| 2 | | Fred W. Schwinn, Esq.<br>Attorney for Plaintiff<br>JOSE GUADALUPE MEJIA |
| 3 | | |
| 4 | Dated: May 2, 2007 | /s/ Eric F. Hartman |
| 5 | | Eric F. Hartman, Esq.<br>Attorney for Defendants<br>MARAUDER CORPORATION<br>RYON ALAN GAMBILL |
| 6 | | |

7  THE FOREGOING STIPULATION
   IS APPROVED AND IS SO ORDERED.
8

9  Dated: May 3, 2007

10                                  The Honorable Howard R. Lloyd
                                    United States Magistrate Judge

STIPULATION OF DISMISSAL WITH PREJUDICE                    Case No. C06-00520-HRL